IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 15 2021**

JEFFREY P. COLWELL
CLERK

DeShawn DeMarcus House , Plaintiff

v.

Judge Ben Leutwyler III ,

Arapahoe County Detention Facility,

Eric Kang ,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

### PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

DeShawn D. House, PIN #1414783, P.O. Box 4918 Centennial, Co 80155
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X  Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Arapahoe County District Court, Court Service
(Name, job title, and complete mailing address)

7325 S. Potomac St, Centennial, Co 80112

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 2: __Arapahoe County Detention Facility__
(Name, job title, and complete mailing address)

__7375 S. Potomac St Centennial, CO 80112__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or __✓__ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X__ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Deprivation of Federal and Constitutional rights</u>
(additional claim attached)
Supporting facts:

Judge Ben Leutwyler III has deliberately and recklessly entered waiver of DeShawn D. House's rights to avoid bringing him to trial within the statutory deadline. He against statutory requirements of speedy trial rule has fail to secure and protect Mr. House's right. And has fail the requirements of violation of speedy trial pursuant 18-1-405(1). He has clearly abused its discretion and exceeds jurisdiction or without jurisdiction to try the case, depriving Mr. House of liberty interest.

Arapahoe County District Court is subject to Petitioner's Complaint because every U.S. citizen shay enjoy and be secured all guaranteed rights without government official making excuses to construe, abridge, and deprive those rights. Judge Leutwyler has violated Mr. House's Due Process and has deprived him of Equal Protection by not applying other simular Due Process violations to his case nor giving an explanation to why besides exercising (abuse of) Power.

Dates includes: 03/6/2021, 04/21/2021, 04/28/2021, 05/14/2021, 06/21/2021, 06/22/2021, 06/28/2021, 08/19/2021, 08/20/2021, 08/06/2021,

4

## D. Statement of Claims.

Claim Two: Violations of Pretrial Detainee Civil Rights, Unnecessary Use of Force, Cruel and Unusual Punishment, Insufficient Living Space, Unsanitary Uniforms, underwear, and socks, and inhumane treatment

Supporting Facts: (A)

Under the Due Process Clause, pretrial detainees cannot be punished. They can only be detained to ensure their presence at trial, and subjected to rules and restrictions that are reasonably related to jail management and security. Conditions and practices of pretrial detention may be unconstitutionally punitive if they are intended to punish detainees.

First use of force on 03/02/2021 was unnecessary and excessive. Deputies intention of interrogating Mr. House to incite frustration between two inmates. Mr. House walked away towards the units he was housed in. As Mr. House stood at the door, non-threatening, waiting for the door to open, Deputies attacked Mr. House slamming him face first on the floor. The incident was not reported to internal affairs nor did Mr House recieve any disciplinary action. Mr. House was injured.

Second use of force on 03/13/2021 was also unnecessary and excessive. Mr. House crossed the red line that every inmate crosses everyday, and he was disciplined by use of force when he didn't respond to orders fast enough because he didn't understand the reason for the lockdown order asking the reason. Deputy Kang then tackled Mr. House causing him to fall hard backwards. Then about six other deputies piled on Mr. House punching him all over his body and deploying a taser. While Mr. House lays on his stomache. Deputies then at the "thats enough" request of the assigned Sergeant Baker, deputies handcuffed Mr. House.

1

## D. Statement of Claims.

Claim two: Violation of Pretrial Detainee Civil Rights, Unnecessary use of force, Cruel and Unusual Punishment, Insufficient Living Space, Unsanitary Uniforms, underwear and socks, and inhumane treatment.

Supporting facts: (B) continued

They then grabbed Mr. House by handcuffs and shackles and carried him up the stairs to his cell. They did not take pictures of recent injuries instead imported 03/07/2021's incident photos for a criminal case (#21CR700). Deputy Kang alleged Mr. House assaulted him during this altercation. Kang made false statements that lead to 3½ months punishment of Captain's Administrative Segregation. With Sergeant Baker's approval without investigation into the matter or Mr. House's prior disciplinary history as required to suggest such status. Then, the allegation was false but Mr. House was still punished and criminally charged. The allegation has caused Mr. House to be labeled as a security threat to deputies. Mr. Kang has, after the incident, verbally assaulted Mr. House in front of inmates and staff around 03/21/2021.

Deputies and staff ignores and punish inmates for other inmates actions or for their own insecurities, using provocative language interferring with Mr. House mental health. Also the uniforms, underwear, and sock are unconstitutionally unsanitary.

Mr. House and other inmates share an approximately 6x9 feet cell (3 man cell) unconstitutional space.

2

D. Statement of Claims    Claim two:

Because of the jail's overpopulation, the jail Staff has recklessly exposed general population to COVID-19. Staff has housed inmates that's not fully quarantined with general population causing an outbreak, exposing inmates. There has not been any sanitation nor constant cleaning since the beginning of the mandate. Staff has allowed no mask wearing in the living area, only passing out masks when inmates is outside of the pods, leaving us inmates vulnerable to this virus. Inmates has came within pod 6D three times at least spreading the virus because they were not fully quarantined and has not recieved their test results back until after spreading COVID. Bringing the whole POD back into quarantine because of the staff's reckless behavior.

3

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    _X_ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Claim one: Mr. House requests the court to dismiss charges in violation of his rights to speedy trial and award monetary damages in violation of noncompliance with Habeas Corpus.

Claim two: Mr. House ask the court to award monetary damages, reformation justice, and punitive damage relief for the false allegations, assaults and injuries caused, mental and emotional stress, pretrial punishments, and inhumane treatment.

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

De'Shawn House
(Plaintiff's signature)

10/11/2021
(Date)

(Form Revised December 2017)

# INFORMATION AND INSTRUCTIONS FOR FILING A PRISONER COMPLAINT

Attached are the forms you will need to file a Prisoner Complaint. All questions must be answered clearly and concisely in the appropriate space on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the court, the total length of the Prisoner Complaint, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the Prisoner Complaint and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

**The Filing Fee and 28 U.S.C. § 1915**

1. Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. Section 1915(h) defines a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."

2. The complaint must be accompanied by the full $350.00 filing fee plus an additional $52.00 administrative fee, for a total payment of $402.00. The fees may be paid in cash, by money order, by credit card, or by check payable to: Clerk, U.S. District Court. There are no fees for a jury demand, an answer, or other similar papers. A schedule of other fees charged by the Court is attacked to the Local Rules of Practice for the United States District Court for the District of Colorado. A copy of the Local Rules of Practice is available from the Clerk of the Court or from the Court's website.

3. If you want to commence an action without prepayment of fees or security, you must file a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. You also must submit a signed authorization for disbursement of funds from your inmate trust fund account and a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each penal institutional at which you are or were confined during the six-month period. The Court cannot consider the merits of the claims asserted in any complaint filed without either the required filing fees paid in advance or a properly completed motion, affidavit, authorization, and certified copy of your trust fund account statement (or institutional equivalent).

(Rev. 8/24/15)

    4.    If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

    1.    Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

    2.    You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

    3.    When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

> Clerk of the Court
> Alfred A. Arraj United States Courthouse
> 901 19th Street, Room A105
> Denver, CO 80294-3589

    4.    Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to _____ (defendant(s) or counsel for defendant(s)) at _____ (address) on _____, 20____.

_____
Plaintiff's Original Signature

    5.    The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

DeShawn House #1414783
Arapahoe County Detention
P.O. Box 4918
Centennial, CO 80155

Clerk of Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589





UNCENSORED INMATE MAIL
Arapahoe County Detention Facility
Notice to Addressee: unsolicited or unwanted items may be declined and returned to sender unopened